1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTINE CORONA,                              No.  2:14-cv-1473-MCE-AC

12                    Plaintiff,

13          v.                                      ORDER

14   MICHELE VERDEROSA, ET AL.,

15                    Defendants.

16

17          On June 20, 2014, plaintiff Christine Corona filed her complaint against defendants

18   Michele Verderosa, Brandon Vinson, Kevin Jones, Laurie Gatie, and Nathan Horton ("Original

19   Defendants"). ECF No. 1.  Summons issued, but no proof of service has been filed documenting

20   service within 120 days as required by Rule 4 of the Federal Rules of Civil Procedure. See Fed.

21   R. of Civ. P. 4(l), (m).  Instead, on October 15, 2014 plaintiff filed a first amended complaint

22   ("FAC") that included two additional defendants, Stacey Montgomery and Marian Tweddell.

23   ECF No. 4.

24          Plaintiff is informed that the filing of an amended complaint does not restart the 120-day

25   service period against a defendant named in the original complaint.  Rather, the 120 period runs

26   from the filing of the amended complaint only as to newly added defendants. See, e.g., Bolden v.

27   City of Topeka, Kansas, 441 F.3d 1129, 1148 (10th Cir. 2006); see also McGuckin v. United

28   States, 918 F.2d 811, 813 (9th Cir. 2006).  It appears that the originally-named defendants were

1

1 | not served within 120 days of the initial filing of the claims against them.  Accordingly, those

2 | defendants may be subject to dismissal.  Rule 4(m).

3 | However, the 120-day deadline may be extended by the court for good cause, id., which

4 | includes excusable neglect.  See Boudette v. Barnette, 923 F.2d 754, 756 (9th Cir. 1991).  The

5 | court may extend time for service retroactively after the 120-day service period has expired.

6 | Mann v. American Airlines, 324 F.3d 1088, 1090 (9th Cir. 2003).  If plaintiff served Michele

7 | Verderosa, Brandon Vinson, Kevin Jones, Laurie Gatie, and Nathan Horton with the original

8 | complaint within 120 days of its filing, she must file proof of service establishing the fact.  Rule

9 | 4(l).  If any defendant(s) waived service, the waiver(s) must be filed instead.  Rule 4(d).  If

10 | plaintiff did not serve those defendants and requires additional time to do so, she must explain

11 | why service was not made within the 120-day period.  In that case, if the court finds good cause,

12 | it will authorize service of the superseding FAC on all defendants.  Plaintiff is reminded that the

13 | defendants newly-named in the FAC must be served with both the summons and the amended

14 | complaint within 120 days of October 15, 2014.

15 | Accordingly, IT IS HEREBY ORDERED that within 14 days of the date of this order

16 | plaintiff shall file either (1) proof of service of the summons and complaint on the Original

17 | Defendants (or waivers of service if service has been waived), or (2) a request for additional time

18 | to effect service.  Such a request must be supported by an explanation why additional time is

19 | needed.

20 | DATED: October 20, 2014

21 | ALLISON CLAIRE

22 | UNITED STATES MAGISTRATE JUDGE

2