1   MARGARET LONG, Bar No. 227176
    mlong@cotalawfirm.com
2   DANIEL S. ROBERTS, Bar No. 205535
    droberts@cotalawfirm.com
3   COTA COLE LLP
    2701 Old Eureka Way, Suite 2I
4   Redding, CA 96001
    Telephone:      (530) 722-9409
5   Facsimile:      (530) 722-9428

6   Attorneys for Defendants Laurie Gatie, Kevin
    Jones, Brandon Vinson, and Stacey Montgomery

7

8

9

10                  UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12   CHRISTINE CORONA,                    Case No. 2:14-cv-01473-MCE-AC
                                          Hon. Allison Claire
13              Plaintiff,
                                          **NOTICE OF ERRATA TO COUNTY
14      v.                                DEFENDANTS' MOTION TO DISMISS**

15   MICHELLE VERDEROSA, ET AL.,          Date:         December 10, 2014
                                          Time:         10:00 a.m.
16              Defendants.               Crtm.:        26
                                          Judge:        Magistrate Judge Allison
17                                                      Claire

18

19

20

21

22

23

24

25

26

27

28

{DSR/00034286. }

**NOTICE OF ERRATA**

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that due to an oversight of counsel, the Memorandum of Points and Authorities attached to the Motion to Dismiss filed electronically via ECF by Defendants Laurie Gatie, Kevin Jones, Brandon Vinson, and Stacey Montgomery on November 6, 2014 (Docket No. 10) failed to include the typed name of the signing attorney on the signature block pursuant to Local Rule 131(c).  To remedy this oversight, a copy of the complete document (Notice of Motion and Motion, and attached Memorandum of Points and Authorities) with the attorney's name typed on the signature line of the Memorandum is attached hereto as Exhibit "A."

Dated: November 7, 2014

Respectfully submitted,
COTA COLE LLP

By: **/s/ Daniel S. Roberts**
Margaret Long
Daniel S. Roberts
Attorneys for Defendants
Laurie Gatie, Kevin Jones, Brandon Vinson, and Stacey Montgomery

COTA COLE LLP
2701 OLD EUREKA WAY, SUITE 2-I
REDDING, CA 96001

{DSR/00034286. }

1

# CERTIFICATE OF SERVICE

I, Rochelle Bolin, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is Cota Cole LLP, 3401 Centrelake Dr., Ste. 670, Ontario, CA 91761. On November 7, 2014, I served the within document(s):

**NOTICE OF ERRATA TO COUNTY DEFENDANTS' MOTION TO DISMISS**

☐ via electronic/email service. The document(s) listed above were served via email to the addressees listed.

☐ by Federal Court email: by the electronic service procedures of the United States District Court, Eastern District of California, on all parties not served by mail.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Ontario, California, addressed as set forth below.

| | |
|---|---|
| Plaintiff | Counsel for Defendant Nathan Horton |
| Christine Corona, Pro Se | William D. Ayres, Esq. |
| P.O. Box 593 | AYRES LAW OFFICE |
| Doyle, CA 96109-0593 | 1330 West Street, Suite C |
| | Redding, CA 96001 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 7, 2014 at Ontario, California.

/s/ Rochelle Bolin
Rochelle Bolin

COTA COLE LLP
2701 OLD EUREKA WAY, SUITE 2-I
REDDING, CA 96001

{DSR/00034286. }