UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CHRISTINE CORONA, | No. 2:14-cv-01473-MCE-AC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| MICHELE VERDEROSA, et al., | |
| Defendants. | |

Pending before the court is pro se plaintiff's request for electronic document submission.[1] ECF No. 31. Although the Eastern District of California is an electronic management/filing district, unrepresented persons are required to file and serve paper documents unless the assigned Judge or Magistrate Judge grants leave to utilize electronic filing. Local Rule 133(a) & (b)(2). A request to use electronic filing as an exception to the rule may be made as a written motion setting out an explanation of reasons for the requested exception. Id. 133(b)(3). Here, the pro se plaintiff has filed a written motion in which she requests access to the court's electronic filing system in the caption. ECF No. 31. However, based on plaintiff's request it is not clear whether she (1) has acquainted herself with the rules and requirements applicable to electronic filing in this court, (2)

---

[1] Plaintiff's request also includes an opposition to defendants Marian Tweddell and Michele Verderosa's request that the court continue its Status (Pretrial Scheduling) Conference, ECF No. 29. The court has already granted defendants' motion and, accordingly, will not address plaintiff's opposition. ECF No. 30.

1

1  has made herself aware of the hardware and software needed for electronic filing, or (3) has
2  access to the necessary hardware and software and is otherwise able to comply with all rules
3  pertaining to electronic filing.
4      Accordingly, IT IS HEREBY ORDERED that plaintiff shall file, within ten (10) days
5  after this order is served, a declaration in support of her January 28, 2015, request for permission
6  to use the court's electronic filing system.
7  DATED: February 4, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE