UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CORONA, | No. 2:14-cv-01473-MCE-AC |
| Plaintiff, | |
| v. | ORDER |
| MICHELE VERDEROSA, et al., | |
| Defendants. | |

Pending before the court is pro se plaintiff's request for electronic document submission. ECF No. 31. On February 6, 2015, the court ordered plaintiff to file a declaration in support of her request attesting that she (1) has familiarized herself with the rules and requirements applicable to electronic filing in this court; (2) is aware of the hardware and software necessary to file electronically; and (3) has access to the necessary hardware and software. ECF No. 36. On February 12, 2015, plaintiff filed a declaration in support of her request stating that she understands the rules and requirements applicable to electronic filing and possesses the necessary hardware and software. ECF No. 38.

////

////

////

////

1

1     Accordingly, THE COURT HEREBY ORDERS that plaintiff's request for electronic

2 document submission, ECF No. 31, is GRANTED.

3 DATED: February 26, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE